
OKLAHOMA State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| COCO REED,<br>   Plaintiff,<br>v.<br>TRINITY INDUSTRIES,<br>   Defendant. | No. CJ-2016-3802<br>(Civil relief more than $10,000: WRONGFUL TERMINATION)<br><br>Filed: 10/19/2016<br><br>Judge: Morrissey, Linda G. |

## PARTIES

REED,  COCO, Plaintiff
TRINITY INDUSTRIES, Defendant

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| OXFORD,  BENJAMIN (Bar #22259)<br>9 EAST 4TH STREET<br>SUITE 701<br>TULSA, OK 74103 | REED,   COCO |

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**EXHIBIT 1**

Issue # 1.    Issue: WRONGFUL TERMINATION (TERMINATE)
Filed By: REED, COCO
Filed Date: 10/19/2016

| Party Name | Disposition Information |
|---|---|
| **Defendant:** TRINITY INDUSTRIES | |

## DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 10-19-2016 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 10-19-2016 | TERMINATE | WRONGFUL TERMINATION | | | |
| 10-19-2016 | DMFE | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 10-19-2016 | PFE1 | PETITION<br>Document Available (#1034604628) 📄TIFF 📄PDF | | | $ 163.00 |
| 10-19-2016 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 10-19-2016 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 10-19-2016 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 10-19-2016 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 10-19-2016 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 10.00 |
| 10-19-2016 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.00 |
| 10-19-2016 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 10-19-2016 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |
| 10-19-2016 | DCADMIN155 | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | $ 0.23 |

**EXHIBIT 1**

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 10-19-2016 | DCADMIN05 | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | $ 0.75 |
| 10-19-2016 | DCADMINCSF | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.50 |
| 10-19-2016 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 10-19-2016 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 10-19-2016 | SMF | SUMMONS FEE (CLERKS FEE) | | | $ 10.00 |
| 10-19-2016 | SMIP | SUMMONS ISSUED - PRIVATE PROCESS SERVER | | | |
| 10-19-2016 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE MORRISSEY, LINDA G. TO THIS CASE. | | | |
| 10-19-2016 | ACCOUNT | RECEIPT # 2016-3433492 ON 10/19/2016. PAYOR: OXFORD LEHR PLLC TOTAL AMOUNT PAID: $ 242.14. LINE ITEMS: CJ-2016-3802: $173.00 ON AC01 CLERK FEES. CJ-2016-3802: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL. CJ-2016-3802: $1.66 ON AC31 COURT CLERK REVOLVING FUND. CJ-2016-3802: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES. CJ-2016-3802: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND. CJ-2016-3802: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY. CJ-2016-3802: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS. CJ-2016-3802: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND. CJ-2016-3802: $25.00 ON AC79 OCIS REVOLVING FUND. CJ-2016-3802: $10.00 ON AC81 LENGTHY TRIAL FUND. CJ-2016-3802: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY. | | | |

**EXHIBIT 1**

**EXHIBIT 1**



# IN THE DISTRICT COURT OF TULSA COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| COCO REED | ) |
| Plaintiff, | ) Case No. CJ-2016-03802 |
| v. | ) Linda Morrissey |
| TRINITY INDUSTRIES | ) |
| A foreign, for-profit corporation | ) JURY TRIAL DEMANDED |
| | ) ATTORNEY LIEN CLAIMED |
| Defendant. | ) |

**DISTRICT COURT FILED OCT 19 2016 SALLY HOWE SMITH, COURT CLERK STATE OF OKLA. TULSA COUNTY**

## PETITION

1. Plaintiff is an individual residing in Tulsa County, State of Oklahoma.

2. The Plaintiff was an employee of Defendant as defined by Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. § 2000e, et seq. ("Title VII").

3. Trinity is a foreign, for-profit corporation, doing business in Tulsa County, State of Oklahoma, and is an employer as defined by Title VII.

4. The events giving rise to this petition took place in Tulsa County, State of Oklahoma.

## FACTS PERTINENT TO ALL CLAIMS

4. The Plaintiff is an African American female, and was formerly employed by Defendant as a welder.

5. While employed by the Defendant, the Plaintiff's supervisor (Caucasian) repeatedly harassed the Plaintiff based on her race and gender, and made sexual advances towards the Plaintiff that were both sexually and racially inappropriate, such as making lewd comments about liking his women like he likes his coffee: dark. The supervisor also commented that he was "black from the waist down", and that he had grandchildren who were "mixed". The supervisor even went so

EXHIBIT 1

far as to make such comments to other employees about the Plaintiff, saying that others wanted to work with the Plaintiff because they wanted to see her "big ol' brown titties."

6. Aside from making racially and sexually charged comments about the Plaintiff, the supervisor also would take off his shirt in front of the Plaintiff in the workplace in an effort to impress her sexually.

7. The Plaintiff complained about this issue to Trinity management, but the harassment continued.

8. Plaintiff has exhausted his administrative remedies with the Office of Civil Rights Enforcement and a right to sue letter was issued on July 21, 2016.

**COUNT ONE: RACIAL DISCRIMINATION IN VIOLATION OF TITLE VII AND OADA**

9. Plaintiff was protected from discrimination based on race, color and national origin under Title VII and the Oklahoma Anti-Discrimination Act ("OADA")

10. While employed by Defendant, Plaintiff complained of discriminatory treatment based on her race and color.

11. The Plaintiff's treatment at the hands of her supervisor and others was so bad that no person could reasonably be expected to endure the same, and the Plaintiff was forced to resign her employment, amounting to a constructive discharge.

12. A motivating factor in the Defendant's treatment of Plaintiff was Plaintiff's race and color.

13. As a result of Defendant's wrongful actions, Plaintiff has sustained a loss of employment, loss of wages, loss of benefits and other compensation, loss of seniority, loss of career path, loss of future wages and benefits, and other compensatory damages, including without limitation, future pecuniary losses, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and damage to reputation.

**EXHIBIT 1**

14. Defendant's actions were reckless, egregious, and malicious to the extent that Plaintiff is entitled to punitive damages.

## COUNT TWO: GENDER DISCRIMINATION IN VIOLATION OF TITLE VII AND THE OADA

15. Plaintiff was protected from discrimination and harassment on the basis of her gender by Title VII and the OADA.

16. While in the employ of Defendant, the Plaintiff complained of harassment based on her gender in the form of unwanted sexual advances and comments from her supervisor.

17. The Plaintiff's treatment was so bad that no reasonable person would be expected to endure the same, and she subsequently resigned her employment, amounting to constructive discharge.

18. A motivating factor in Plaintiff's treatment was her gender: female.

19. Plaintiff was also passed over for promotional opportunities and higher pay by less qualified male employees.

20. As a result of Defendant's wrongful actions, Plaintiff has sustained a loss of employment, loss of wages, loss of benefits and other compensation, loss of seniority, loss of career path, loss of future wages and benefits, and other compensatory damages, including without limitation, future pecuniary losses, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and damage to reputation.

21. Defendant's actions were reckless, egregious, and malicious to the extent that Plaintiff is entitled to punitive damages.

## COUNT THREE: HOSTILE WORK ENVIRONMENT

For her Fourth Count against Trinity, the Plaintiff adopts and re-alleges all of her allegations above as if fully set forth herein; and she further alleges and states:

**EXHIBIT 1**

22. The conduct of Trinity, through its supervisors and managers, was extreme and outrageous in its treatment of Plaintiff. Plaintiff was subject to a hostile work environment based on her race: African American, her gender: female, and in retaliation for her objections to her supervisors' advances.

23. Trinity's actions were reckless, egregious, and malicious to the extent that Plaintiff is entitled to punitive damages.

WHEREFORE, Plaintiff CoCo Reed prays the Court enter judgment against Trinity and award her damages in an amount in excess of $75,000.00, along with all further relief this Court deems just and equitable including but not limited to, back pay, front pay, liquidated damages, punitive damages, attorney's fees and costs.

Respectively Submitted,

**OXFORD LEHR, PLLC**

Ben Oxford, OBA #22259
9 East 4th Street, Ste. 701
Tulsa, OK 74103
Tel: (918) 884-6016
Fax: (888) 424-7080
ben@oxfordlehr.com
*Attorney for the Plaintiff*

**EXHIBIT 1**