# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **COCO REED** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-CV-00131-CVE-TLW |
| | ) | |
| v. | ) | |
| | ) | |
| **TRINITY CONTAINERS, LLC** | ) | |
| A foreign, for-profit corporation | ) | **JURY TRIAL DEMANDED** |
| | ) | **ATTORNEY LIEN CLAIMED** |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff CoCo Reed, as well as Defendant Trinity Containers, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that Defendant Trinity Containers, LLC in the above-styled and numbered action, is dismissed without prejudice as to refiling, with each party bearing their own costs and attorney's fees.

Respectively Submitted,

/s/ *Benjamin Oxford*
BEN OXFORD, OBA # 22259
OXFORD LEHR, PLLC
9 East 4th Street, Suite 600
Tulsa, Oklahoma 74103
ben@oxfordlehr.com
(918) 884-6016 – Telephone
(888) 424-7080 - Facsimile
***Counsel for Plaintiff***

/s/ Stephanie Johnson Manning
EVA W. TURNER
Texas Bar No. 24051485
eva.turner@ogletreedeakins.com
STEPHANIE JOHNSON MANNING
Oklahoma Bar No. 18741
Texas Bar No. 24099422
stephanie.manning@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Preston Commons West
8117 Preston Road, Suite 500
Dallas, TX 75225
214.987.3800
214.987.3927 (Fax)
**ATTORNEYS FOR DEFENDANT**